UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SETH MORGAN,<br><br>　　　　　　　Petitioner,<br><br>　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　　　Respondent. | CASE NO. C18-374 MJP<br><br>ORDER STAYING<br>　1.　MOTION RE: WAIVER<br>　2.　GOVERNMENT'S<br>　　　RESPONSE TO PETITION |

Being advised that the Government intends to respond to Petitioner's pending motion to file an amended petition (Dkt. No. 7), the Court hereby STAYS the pending "Emergency Motion Regarding Waiver of Attorney-Client Privilege and Request for Extension of Time to Answer." (Dkt. No. 5.) Any response to the pending petition is also STAYED until the Court has ruled on the request to file an amended petition.

ORDER STAYING - 1

1

2    The clerk is ordered to provide copies of this order to Petitioner and to all counsel.

3    Dated April 26, 2018.

4    *[signature]*

5    The Honorable Marsha J. Pechman
     United States Senior District Court Judge

6