# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| SETH MORGAN, | CASE NO. C18-374 MJP |
| Petitioner, | ORDER ON MOTION TO AMEND PETITION |
| v. | |
| UNITED STATES OF AMERICA, | |
| Respondent. | |

The above-entitled Court, having received and reviewed Petitioner's Motion to Amend Habeas Petition (Dkt. No. 7) and the Government's Response to Morgan's Motion to Amend Habeas Petition (Dkt. No. 11), noting that the motion is unopposed, rules as follows:

IT IS ORDERED that the motion is GRANTED; Petitioner's amended petition will be filed.

IT IS FURTHER ORDERED that the Government's Motion to Waive Attorney-Client Privilege (Dkt. No. 5) is RE-NOTED to **May 25**; Petitioner will have until **May 22** to file a response.

ORDER ON MOTION TO AMEND - 1

IT IS FURTHER ORDERED that the Government will have 45 days from the issuance of the Court's order on its pending motion to file its answer to the habeas petition.

The clerk is ordered to provide copies of this order to Petitioner and to all counsel.

Dated: May 8, 2018.

*[signature]*

The Honorable Marsha J. Pechman
United States Senior District Court Judge