UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SETH MORGAN,<br><br>    Petitioner,<br><br> v.<br><br>UNITED STATES OF AMERICA,<br><br>    Respondent. | CASE NO. C18-374 MJP<br><br>ORDER RE DISORGANIZED FILING |

As Petitioner has noted in his letter of August 1, 2018 (Dkt. No. 22), somewhere between his mailing of his Second Amended Petition and its entry into the court record, the pages became disorganized and the document is now almost completely out of order. (*See* Dkt. No. 21.) The Court is at as much of a loss as Petitioner to understand how this happened, but it clearly needs to be corrected.

The Government has indicated that it is able to respond to the petition in its present form, which means that a stay will not be necessary at this point. However, if for no other reason than the transmission of a comprehensible record to the Court of Appeals (should that become

necessary), Petitioner's amended petition needs to re-organized and then re-filed in its original order.  Obviously, Petitioner is best suited to that task.  Therefore,

IT IS ORDERED that Petitioner will resubmit, in their proper order, the documents which comprise his Second Amended Petition.

IT IS FURTHER ORDERED that Petitioner complete the re-filing by no later than **September 4, 2018**.

The Court finds that a stay is not required at this point, and Petitioner will be expected to file a timely reply to the Government's response to his Second Amended Petition.

The clerk is ordered to provide copies of this order to Petitioner and to all counsel.

Dated August 16, 2018.

*[signature]*

The Honorable Marsha J. Pechman
United States Senior District Court Judge