# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| SETH MORGAN, | CASE NO. C18-374 MJP |
| Petitioner, | ORDER ON MOTION FOR EXTENSION OF TIME |
| v. | |
| UNITED STATES OF AMERICA, | |
| Respondent. | |

Petitioner has filed a motion requesting an additional 30 days to file his response to the Government's answer to his petition. Good cause appearing, and the Government having indicated it has no objection, therefore

IT IS ORDERED that Petitioner's responsive brief in support of his petition shall be filed no later than **October 26, 2018.**

ORDER ON MOTION FOR EXTENSION OF TIME - 1

The clerk is ordered to provide copies of this order to Petitioner and to all counsel.

Dated September 25, 2018.

*[signature]*

The Honorable Marsha J. Pechman
United States Senior District Court Judge